AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FRANK STRAUB, | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.   2:16-CV-0029-TOR |
| | ) |
| THE CITY OF SPOKANE, a municipal corporation, et al., | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Plaintiff's Complaint is DISMISSED. The Court granted summary judgment in Defendants' favor on Plaintiff's due process claim under section 1983. Plaintiff's state law claims are dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____ on motions to dismiss and
    for partial summary judgment (ECF Nos. 19, 20 and 21).

Date:   June 23, 2016 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____